IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| Pocono Mountain Lake Forest Community Assn, Inc. | : | CASE NO. 5:22-bk-00481-MJC |
| | : | |
| DEBTOR | : | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of the United States Trustee's Office in the above captioned case.

    Respectfully submitted,

    ANDREW R. VARA
    UNITED STATES TRUSTEE
    REGIONS 3 & 9

    D. Troy Sellars
    Assistant United States Trustee

    By: /s/ Joseph P. Schalk
    Joseph P. Schalk, Esq., Trial Attorney
    PA Attorney ID No. 91656
    United States Department of Justice
    Office of the United States Trustee
    Middle District of Pennsylvania
    228 Walnut Street, Suite 1190
    Harrisburg, PA 17101
    Tel. (717) 221-4515
    Fax (717) 221-4554
    Email: Joseph.Schalk@usdoj.gov

Dated: March 17, 2022