# Notice Recipients

District/Off: 0314–5    User: AutoDocketer    Date Created: 3/18/2022
Case: 5:22–bk–00481–MJC    Form ID: 309F2    Total: 32

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| Code | Name | Address |
|---|---|---|
| db | Pocono Mountain Lake Forest Community Assn, Inc. | 111 COUNTRY CLUB DRIVE, Dingmans Ferry, PA 18328 |
| ust | United States Trustee | 228 Walnut Street, Suite 1190, Harrisburg, PA 17101 |
| tr | Jill M. Spott (Trustee) | Sheils Law Associates, P.C., 108 North Abington Road, Clarks Summit, PA 18411 |
| aty | John J. Martin | Law Offices John J. Martin, 1022 Court Street, Honesdale, PA 18431 |
| aty | Joseph P Schalk | Office of the United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101 |
| smg | Internal Revenue Service | PO Box 7346, Philadelphia, PA 19101–7346 |
| 5465019 | Am Trust North American | 800 Superior Ave E 21st Fl, Cleveland, OH 44114 |
| 5465020 | At Home Net | 400 S. Colorado Rlvd Ste 790, Denver, CO 80246 |
| 5465021 | Chryslercap | PO Box 961275, Fort Worth, TX 76161 |
| 5465022 | Cromwell Legal Services | L350 Uhler PMB 105, Easton, PA 18040 |
| 5465023 | Delaware Plumbing | 103 Glory Lane, Dingmans Ferry, PA 18328 |
| 5465024 | Dingmans Ferry Stone | PO BOX 686, Dingmans Ferry, PA 18328 |
| 5465025 | Eagle Equipment Corp | PO BOX 99, Uwchland, PA 19480 |
| 5465026 | Eureka Stone Quarry | PO Box 686, Dingmans Ferry, PA 18328 |
| 5465027 | IHC Landscaping | 570 Old Mountain Road, Port Jervis, NY 12771 |
| 5465028 | JC Erlich Co., Inc. | 2756 Rimrock Road, Stroudsburg, PA 18360 |
| 5465029 | John Bonhan Road Equip and Supplies | PO BOX 270, PA 19431 |
| 5465030 | Kevin A Hardy, Esquire | 919 Main Street, Stroudsburg, PA 18360 |
| 5465031 | Landmark American Ins. Co. | Swett & Crawford |
| 5465032 | Marshall Anders, Esquire | 624 Sarah Street, Stroudsburg, PA 18360 |
| 5465033 | Met–Ed | 76 S Main Street, Akron, OH 44308–1890 |
| 5465034 | Michael Simone, Esquire | 700 Route 130, Ste. 201, Cinnaminson, NJ 08077 |
| 5465035 | Milwaukee Casualty Ins. | 800 Superior Ave E, Cleveland, OH 44114 |
| 5465036 | Philadelphia Ins. Company | One Bala Plaza Ste 100, Bala Cynwyd, PA 19004 |
| 5465037 | Piazza Law Firm | 801 Blvd Avenue, Scranton, PA 18519 |
| 5465038 | Sno Chasers LLC | 101 Bald Ridge Road, Milford, PA 18337 |
| 5465039 | The Dime Bank | 820 Church Street, Honesdale, PA 18431 |
| 5465040 | Vonage | 236 Main Street, Holmdel, NJ 07733 |
| 5465041 | Warner Paving | 416 RT 6 & 209, Milford, PA 18337 |
| 5465042 | Waste Management | 107 Silvia Street, Trenton, NJ 08628 |
| 5465043 | Wayne's Lawn Care | 122 High Ridge Road, Dingmans Ferry, PA 18328 |
| 5465044 | William Owens & Co. | 5 John Street, Carbondale, PA 18407 |

TOTAL: 32