# Notice Recipients

District/Off: 0314–5  User: AutoDocketer  Date Created: 3/18/2022
Case: 5:22–bk–00481–MJC  Form ID: tele11  Total: 29

**Recipients of Notice of Electronic Filing:**
tr    Jill M. Spott (Trustee)    jspottesq@sheilslaw.com
aty    John J. Martin    jmartin@martin–law.net

                                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address | City/State/Zip |
|---|---|---|---|
| db | Pocono Mountain Lake Forest Community Assn, Inc. | 111 COUNTRY CLUB DRIVE | Dingmans Ferry, PA 18328 |
| 5465019 | Am Trust North American | 800 Superior Ave E 21st Fl | Cleveland, OH 44114 |
| 5465020 | At Home Net | 400 S. Colorado Rlvd Ste 790 | Denver, CO 80246 |
| 5465021 | Chryslercap | PO Box 961275 | Fort Worth, TX 76161 |
| 5465022 | Cromwell Legal Services | L350 Uhler PMB 105 | Easton, PA 18040 |
| 5465023 | Delaware Plumbing | 103 Glory Lane | Dingmans Ferry, PA 18328 |
| 5465024 | Dingmans Ferry Stone | PO BOX 686 | Dingmans Ferry, PA 18328 |
| 5465025 | Eagle Equipment Corp | PO BOX 99 | Uwchland, PA 19480 |
| 5465026 | Eureka Stone Quarry | PO Box 686 | Dingmans Ferry, PA 18328 |
| 5465027 | IHC Landscaping | 570 Old Mountain Road | Port Jervis, NY 12771 |
| 5465028 | JC Erlich Co., Inc. | 2756 Rimrock Road | Stroudsburg, PA 18360 |
| 5465029 | John Bonhan Road Equip and Supplies | PO BOX 270 | PA 19431 |
| 5465030 | Kevin A Hardy, Esquire | 919 Main Street | Stroudsburg, PA 18360 |
| 5465031 | Landmark American Ins. Co. | Swett & Crawford | |
| 5465032 | Marshall Anders, Esquire | 624 Sarah Street | Stroudsburg, PA 18360 |
| 5465033 | Met–Ed | 76 S Main Street | Akron, OH 44308–1890 |
| 5465034 | Michael Simone, Esquire | 700 Route 130, Ste. 201 | Cinnaminson, NJ 08077 |
| 5465035 | Milwaukee Casualty Ins. | 800 Superior Ave E | Cleveland, OH 44114 |
| 5465036 | Philadelphia Ins. Company | One Bala Plaza Ste 100 | Bala Cynwyd, PA 19004 |
| 5465037 | Piazza Law Firm | 801 Blvd Avenue | Scranton, PA 18519 |
| 5465038 | Sno Chasers LLC | 101 Bald Ridge Road | Milford, PA 18337 |
| 5465039 | The Dime Bank | 820 Church Street | Honesdale, PA 18431 |
| 5465040 | Vonage | 236 Main Street | Holmdel, NJ 07733 |
| 5465041 | Warner Paving | 416 RT 6 & 209 | Milford, PA 18337 |
| 5465042 | Waste Management | 107 Silvia Street | Trenton, NJ 08628 |
| 5465043 | Wayne's Lawn Care | 122 High Ridge Road | Dingmans Ferry, PA 18328 |
| 5465044 | William Owens & Co. | 5 John Street | Carbondale, PA 18407 |

                                              TOTAL: 27