In re:                                              Case No. 22-00481-MJC

Pocono Mountain Lake Forest Community As            Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                    Page 1 of 2

Date Rcvd: Mar 18, 2022                 Form ID: 309F2                     Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pocono Mountain Lake Forest Community Assn., Inc., 111 COUNTRY CLUB DRIVE, Dingmans Ferry, PA 18328-3005 |
| aty | + | Joseph P Schalk, Office of the United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| tr | ++ | BMS JILL M SPOTT, SHEILS LAW ASSOCIATES P C, 108 NORTH ABINGTON ROAD, CLARKS SUMMIT PA 18411-2505 address filed with court:, Jill M. Spott (Trustee), Sheils Law Associates, P.C., 108 North Abington Road, Clarks Summit, PA 18411 |
| 5465020 | + | At Home Net, 400 S. Colorado Rlvd Ste 790, Denver, CO 80246-1252 |
| 5465021 | + | Chryslercap, PO Box 961275, Fort Worth, TX 76161-0275 |
| 5465022 | | Cromwell Legal Services, L350 Uhler PMB 105, Easton, PA 18040 |
| 5465023 | + | Delaware Plumbing, 103 Glory Lane, Dingmans Ferry, PA 18328-3132 |
| 5465024 | + | Dingmans Ferry Stone, PO BOX 686, Dingmans Ferry, PA 18328-0686 |
| 5465025 | + | Eagle Equipment Corp, PO BOX 99, Uwchland, PA 19480-0099 |
| 5465026 | + | Eureka Stone Quarry, PO Box 686, Dingmans Ferry, PA 18328-0686 |
| 5465027 | + | IHC Landscaping, 570 Old Mountain Road, Port Jervis, NY 12771-3257 |
| 5465028 | + | JC Erlich Co., Inc., 2756 Rimrock Road, Stroudsburg, PA 18360-7093 |
| 5465030 | + | Kevin A Hardy, Esquire, 919 Main Street, Stroudsburg, PA 18360-1603 |
| 5465032 | + | Marshall Anders, Esquire, 624 Sarah Street, Stroudsburg, PA 18360-2120 |
| 5465033 | | Met-Ed, 76 S Main Street, Akron, OH 44308-1890 |
| 5465034 | + | Michael Simone, Esquire, 700 Route 130, Ste. 201, Cinnaminson, NJ 08077-3366 |
| 5465036 | + | Philadelphia Ins. Company, One Bala Plaza Ste 100, Bala Cynwyd, PA 19004-1498 |
| 5465037 | + | Piazza Law Firm, 801 Blvd Avenue, Scranton, PA 18519-1517 |
| 5465038 | + | Sno Chasers LLC, 101 Bald Ridge Road, Milford, PA 18337-4429 |
| 5465039 | + | The Dime Bank, 820 Church Street, Honesdale, PA 18431-1851 |
| 5465040 | | Vonage, 236 Main Street, Holmdel, NJ 07733 |
| 5465041 | + | Warner Paving, 416 RT 6 & 209, Milford, PA 18337-7835 |
| 5465044 | + | William Owens & Co., 5 John Street, Carbondale, PA 18407-1891 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jmartin@martin-law.net | Mar 18 2022 18:39:00 | John J. Martin, Law Offices John J. Martin, 1022 Court Street, Honesdale, PA 18431 |
| tr | | Email/Text: jspottesq@sheilslaw.com | Mar 18 2022 18:40:00 | Jill M. Spott (Trustee), Sheils Law Associates, P.C., 108 North Abington Road, Clarks Summit, PA 18411 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 18 2022 18:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Mar 18 2022 18:40:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| 5465019 | + | Email/Text: arlegal@amtrustgroup.com | Mar 18 2022 18:40:00 | Am Trust North American, 800 Superior Ave E 21st Fl, Cleveland, OH 44114-2613 |

| 5465035 | + Email/Text: arlegal@amtrustgroup.com | | |
|---|---|---|---|
| | | Mar 18 2022 18:40:00 | Milwaukee Casualty Ins., 800 Superior Ave E, Cleveland, OH 44114-2613 |
| 5465042 | + Email/Text: rmcbknotices@wm.com | | |
| | | Mar 18 2022 18:40:00 | Waste Management, 107 Silvia Street, Trenton, NJ 08628-3200 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5465029 | | John Bonhan Road Equip and Supplies, PO BOX 270, PA 19431 |
| 5465031 | | Landmark American Ins. Co., Swett & Crawford |
| 5465043 | ##+ | Wayne's Lawn Care, 122 High Ridge Road, Dingmans Ferry, PA 18328-4011 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2022                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jill M. Spott (Trustee) | jspottesq@sheilslaw.com PA92@ecfcbis.com |
| John J. Martin | on behalf of Debtor 1 Pocono Mountain Lake Forest Community Assn Inc. jmartin@martin-law.net, kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | | |
|---|---|---|
| Debtor | **Pocono Mountain Lake Forest Community Assn, Inc.** <br> Name | EIN:  23–1973430 |
| United States Bankruptcy Court   Middle District of Pennsylvania | | Date case filed for chapter:   11   3/16/22 |
| Case number:   **5:22–bk–00481–MJC** | | |

## Official Form 309F2 (For Corporations or Partnerships under Subchapter V)
## Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Pocono Mountain Lake Forest Community Assn, Inc. | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 111 COUNTRY CLUB DRIVE <br> Dingmans Ferry, PA 18328 | |
| **4. Debtor's attorney** <br> Name and address | John J. Martin <br> Law Offices John J. Martin <br> 1022 Court Street <br> Honesdale, PA 18431 | Contact phone  570 253–6899 <br><br> Email:  jmartin@martin–law.net |
| **5. Bankruptcy trustee** <br> Name and address | Jill M. Spott (Trustee) <br> Sheils Law Associates, P.C. <br> 108 North Abington Road <br> Clarks Summit, PA 18411 | Contact phone  570–587–2600 <br><br> Email:  jspottesq@sheilslaw.com |
| **6. Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 | Hours open: <br> Monday – Friday 9:00 AM to 4:00 PM <br><br> Contact phone  (570) 831–2500 <br><br> Date: 3/18/22 |

**For more information, see page 2 >**

| 7. | Meeting of creditors | April 13, 2022 at 02:00 PM | Location: |
|---|---|---|---|
| | The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **341 meeting will be held telephonically, Refer to the call−in instructions** |

| 8. | Proof of claim deadline | Deadline for filing proof of claim: | Not yet set. If a deadline is set, the court will send you another notice. |
|---|---|---|---|

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
• your claim is designated as *disputed, contingent,* or *unliquidated;*
• you file a proof of claim in a different amount; or
• you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated,* you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| 9. | Exception to discharge deadline | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. | |
|---|---|---|---|
| | The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | **Deadline for filing the complaint:** | _____ |

| 10. | Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 11. | Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |
|---|---|---|

| 12. | Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
|---|---|---|