UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

POCONO MOUNTAIN LAKE FOREST
COMMUNITY ASSOCIATION, INC.,

DEBTOR.

CASE NO. 5:22-bk-00481-MJC

## APPEARANCE, NOTICE OF PARTY IN INTEREST STATUS AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Marshall E. Anders, Esquire, is appearing as Counsel for MARSHALL E. ANDERS, ESQUIRE, P.C., a party in interest in the above captioned case, and pursuant to Bankruptcy Rules 2002, 9007 and 9010, in addition to Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, Orders and Notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex, facsimile or otherwise, which affects the Debtor or its property.

RESPECTFULLY SUBMITTED,

Date: May 23, 2022

MARSHALL E. ANDERS, ESQUIRE
Attorney ID No. 17724
624 Sarah Street
Stroudsburg, PA 18360
Telephone: (570) 424-1117
Fax: (570) 424-2814
E-Mail: marshall@marshallanderslaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

POCONO MOUNTAIN LAKE FOREST
COMMUNITY ASSOCIATION, INC.,

         DEBTOR.

CASE NO. 5:22-bk-00481-MJC

## CERTIFICATE OF SERVICE

I, **SUSAN MARQUES**, hereby certify that on today's date I served the **Appearance, Notice of Party in Interest Status and Demand for Service of Papers** upon the following, in the manner indicated:

John J. Martin, Esquire
Attorney for Debtor
1022 Court Street
Honesdale, PA 18431
(Via Electronic Case Filing)

Jill M. Spott, Esquire
Subchapter V Trustee
108 North Abington Road
Clarks Summit, PA 18411
(Via Electronic Case Filing)

Joseph P. Schalk, Esquire
Office of the United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
(Via Electronic Case Filing)

I verify that the statements in this return of service are true and correct. I understand that false statements herein are made subject to the penalties of 18 PA C.S. §4904 relating to unsworn falsification to authorities.

                                                    _/s/ Susan Marques_
                                                    SUSAN MARQUES

DATE: May 23, 2022