UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Pocono Mountain Lake Forest Community Assn, Inc., | : | Case No. 5:22–00481-MJC |
| | : | |
| Debtor. | : | |

## ORDER DISMISSING CASE

Upon consideration of the Debtor's Oral Motion to Voluntarily Dismiss the above-captioned case made at a hearing held June 2, 2022, it is hereby

**ORDERED** that the case is **DISMISSED**, and it is hereby

**FURTHER ORDERED** that the Court retains jurisdiction in this case for the limited purpose of considering any application for administrative expense to be filed within thirty (30) days of the date hereof and any responses thereto.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 2, 2022